UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULKAREEM TAHER AHMED AL-SADEAI,<br><br>Petitioner,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; et al.,<br><br>Respondents. | CASE NO. 21-cv-00296-GPC-MDD<br><br>**ORDER GRANTING PETITIONER'S REQUEST TO ACCEPT LATE-FILED REPLY**<br><br>**[ECF No. 4]** |

    Petitioner Abdulkareem Taher Ahmed Al-Sadeai has filed a request for the Court to accept Petitioner's late-filed reply brief. ECF No. 4.

    The Court initially set a briefing schedule directing Petitioner to file any reply on or before April 2, 2021. ECF No. 2. Petitioner filed his request for an extension of time on May 6, 2021, stating that counsel had missed the filing deadline due to confusion with the reply in Petitioner's BIA appeal that was due the same week. ECF Nos. 4; 4-1 (Declaration of Robert Ruano).

    Upon a showing of good cause, the Court may extend time after the time for filing has expired if the party failed to act within the time allotted because of

excusable neglect.  Fed. R. Civ. P. 6(b)(1)(B); *see also Wallace v. Heinze*, 351 F.2d 39, 40 (9th Cir. 1965) (in habeas corpus context, finding that courts possess inherent power to extend time).  The Court finds that Petitioner has demonstrated good cause for the extension of time, and that the failure to file the reply brief by the time set by the Court's briefing schedule was the result of excusable neglect.  No response to the reply is permitted and no hearing in this case has been set, and thus the proceedings have not been adversely impacted by the delay and there is limited risk of prejudice to Respondents.  Further, it appears that Petitioner's counsel has acted in good faith.

      The Court therefore **ORDERS** that the reply briefed filed at ECF No. 4-2 is accepted as filed.  Petitioner need not refile the reply brief.

      **IT IS SO ORDERED.**

Dated:  May 12, 2021

Hon. Gonzalo P. Curiel
United States District Judge

- 2 -